IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH GARWOOD,

    Plaintiff,

vs.                                      Case No. 4:08cv446-SPM/WCS

WILLIAM W. WILHELM,

    Defendant.

                                             /

## REPORT AND RECOMMENDATION

On December 4, 2008, an order to show cause was entered directing Plaintiff to submit the amended *in forma pauperis* motion as previously ordered.  Doc. 8.  Plaintiff had already been ordered to file the motion, or pay the filing fee, by November 26, 2008.  Doc. 7.  In the order to show cause, doc. 8, Plaintiff was specifically told that he must show his intent to prosecute this action.  Doc. 8.  Plaintiff's deadline for compliance was December 18, 2008.  Plaintiff has not complied as of this day.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Moreover, local court rules provide that a case may be

dismissed when a litigant fails to show good cause for not complying with court rules or prosecuting his or her case.  N.D. Fla. Loc. R. 41.1(B).  Since Plaintiff has failed to comply with two court orders and has not filed a response to the order to caused, this case should be dismissed.

In light of the foregoing, it is **RECOMMENDED** that this action be **DISMISSED** for failure to comply with court orders and failure to prosecute this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on December 24, 2008.

   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**